UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LEONELA PAULA,                                                     :
                                                                   :
                              Plaintiff,                           :        25-CV-06900 (JAV)
                                                                   :
              -v-                                                  :        ORDER
                                                                   :
SIMILARWEB,                                                        :
                                                                   :
                              Defendant.                           :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On December 5, 2025, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that, Plaintiff shall file any amended complaint by **January 12, 2026**. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by **February 2, 2026**, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed by **February 16, 2026**, and any reply shall be filed by **February 23, 2026**.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **January 12, 2026**, and Defendant shall file any reply by **January 19, 2026**.

SO ORDERED.

Dated: December 22, 2025                    _____
       New York, New York                        JEANNETTE A. VARGAS
                                                 United States District Judge