UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2026

LEONELA PAULA,

                Plaintiff,

      -v-

SIMILARWEB,

                Defendant.

**ORDER**

25-CV-6900 (JAV)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated January 27, 2026, this case was referred to the undersigned for settlement.  ECF No. 21.

A conference is scheduled on **February 10, 2026,** at **1:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 718 089 489#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: January 29, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge