UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONELA PAULA,

                  Plaintiff,

       -v-

SIMILARWEB,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2026

**ORDER**

25-CV-6900 (JAV)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Defendant's letter stating that parties have reached a settlement and requesting that the April 8, 2026 pre-settlement conference be cancelled, ECF No. 34. The request is **GRANTED** and the pre-settlement conference is cancelled.

**SO ORDERED.**

Dated: April 6, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge